**Order entered September 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00321-CR

### FRANCISCO JAVIER GIL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81375-2019**

## ORDER

It has come to the Court's attention that Danette D. Alvardo Broome, appointed counsel for appellant, died unexpectedly in late June of this year.

Appellant was previously found by the trial court to be indigent. Therefore, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. We **ORDER** Collin County District Clerk Lynne Finley to file a supplemental clerk's record with the new appointment of counsel within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; to Collin County District Clerk Lynne Finley; and to the Collin County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated fifteen days from the date of this order or when the supplemental clerk's record is filed, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE